# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MORCOR FINANCIAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 21-00370-KD-B |
| | ) |
| LUCIDA CONSTRUCTION COMPANY, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, granting the petition to confirm arbitration award and motion for default judgment (docs. 1, 10), it is ORDERED, ADJUDGED and DECREED that the Award issued by the Arbitration Panel of the American Arbitration Association, dated July 19, 2021 (doc. 1-3) is CONFIRMED and JUDGMENT is entered in favor of Plaintiff Morcor Financial LLC and against Defendant Lucida Construction Company LLC, as follows:

    1. Lucida shall pay to Morcor on its claims, the sum of ONE MILLION THIRTY-FIVE THOUSAND NINE HUNDRED THREE DOLLARS AND NO CENTS ($1,035,903.00), on or before August 19, 2021;

    2. Lucida shall pay Morcor prejudgment interest in the amount of FORTY-TWO THOUSAND THREE HUNDRED SIXTY-THREE DOLLARS AND THIRTYSEVEN CENTS ($42,363.37), on or before August 19, 2021;

    3. Lucida shall pay Morcor attorney's fees in the amount of ONE HUNDRED FORTYFOUR THOUSAND ONE HUNDRED THIRTY-TWO DOLLARS AND SIXTEEN CENTS ($144,132.16), on or before August 19, 2021;

    4. The Panel determines that the administrative fees and expenses of the American Arbitration Association totaling $25,900.00 shall be borne AS INCURRED, and the compensation and expenses of the Panel totaling

$120,240.50 shall be borne EQUALLY, provided, however, that Morcor shall remit $24,140.50, representing the overage of Panel compensation and expenses (amount of final Panel invoices in excess of the amount on deposit with AAA) in accordance with its prior agreement to advance said Panel fees. Therefore, Lucida shall reimburse Morcor the sum of $53,295.25, representing that portion of said fees and expenses in excess of the apportioned costs previously incurred by Morcor, upon demonstration by Morcor that these incurred costs have been paid.

5. In the event that all or any of the sums specified in the above paragraphs of this Award are not paid as provided herein, the unpaid sums shall bear interest from August 19, 2021, at the statutory rate on judgments in Alabama of 7.5% per annum until paid.

**DONE** and **ORDERED** this 17th day of December 2021.

                                        **/s / Kristi K. DuBose**
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**