Mail Tax Statements To:
Woodland Charter Holdings, LLC
775 West 1200 North STE 100
Springville, UT 84663

Record & Return To:
Vantage Point Title, INC,
25400 US 19 N, Suite 135
Clearwater, FL 33763

)
)
)
)
)
)
)
)
)
)
)

Washington Co., AL
I CERTIFY THIS INSTRUMENT WAS FILED ON
11/06/2018 2:09:00 PM
DEED BOOK: 582 PAGE:8
Entry#: 101699
DEED TAX:91.00 MORTG TAX:0.00 MIN TAX:0.00
REC-FEE:18.00 FILE-FEE:10.00 TRANS-FEE:0.00

*Nick Williams*

Nick Williams, Judge of Probate

--------Above This Line Reserved For Official Use Only--------

**STATE OF ALABAMA**
**WASHINGTON COUNTY**

**Property Tax ID#:** 16 01 02 0 000 003.003 00
**File #:** AL481237

# QUITCLAIM DEED
This deed is given to perfect title.

**KNOW ALL MEN BY THESE PRESENTS, I, AERIEL NICOLE DUNGAN**, a single woman, whose address is **60 Ellis Jordan Road, Chatom, AL 36518**, (hereinafter called Grantors), for and in consideration of the sum of **NINETY ONE THOUSAND and 00/100 DOLLARS ($91,0000.00)** in hand paid to the undersigned, the receipt whereof is hereby acknowledged, the undersigned hereby releases, quitclaims, grants, and conveys to **WOODLAND CHARTER HOLDINGS, LLC**, whose address is **775 West 1200 North ste 100 Springville, UT 84663**, (hereinafter called Grantee) all our right, title, interest, and claim in or to the following described real estate, situated in County of Washington, Alabama, to-wit:

**SEE COMPLETE LEGAL ATTACHED AS EXHIBIT "A"**

Parcel ID: 16 01 02 0 000 003.003 00

Commonly known as: 60 Ellis Jordan Road, Chatom, AL 36518

**TO HAVE AND TO HOLD** to said **GRANTEE** forever.

Given under our hands this _20th_ day of _October_, 2018

**WITNESSES:**

_____
**Witness**

_____
**Print Name**

_____
**Witness**

_____
**Witness**

*Ariel Nicole Dungan*
AERIAL NICOLE DUNGAN
E
AND
Aeriel Nicole Dungan

**STATE OF ALABAMA** }

**COUNTY OF** _Tuscaloosa_ }

E AND

I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that AERIAL NICOLE DUNGAN, whose name is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day, that, being informed of the contents of the conveyance they executed the same voluntarily on the day and the same bears dated.

Given under my hand and official seal this the _20th_ day of _October_, 2018

LUZ IRENE REYES
Notary Public
Alabama State at Large

NOTARY PUBLIC Luz Irene Reyes
My Commission Expires: Nov. 18, 2020

No title search was performed on the subject property by the preparer. The preparer of this deed makes no representation as to the status of the title nor property use or any zoning regulations concerning described property herein conveyed nor any matter except the validity of the form of this instrument. Information herein was provided to preparer by Grantors/Grantee and /or their agents; no boundary survey was made at the time of this conveyance.

**This Document Prepared By:**
Angelina Whittington, Esquire
3849 Lithia Pinecrest Rd.
Valrico, FL 33546

# EXHIBIT "A"

The following described real property lying and being situated in Washington County, Alabama, to wit:

TOWNSHIP 6 NORTH, RANGE 3 WEST

Section 2:
Beginning at the Northeast corner of the NW ¼ of NE ¼, thence South 173.7 feet to the point of beginning; thence South 54 degrees 43 minutes West 1053.1 feet to the East margin of Alabama Highway No. 17; thence Southeasterly along said road margin for 1488.1 feet to the East margin of SW ¼ of NE ¼; thence North along the quarter line 1823.1 feet to the point of beginning; containing 16.64 acres, more or less.

LESS AND EXCEPT THE FOLLOWING DESCRIBED THREE (3) PARCELS:

LESS AND EXCEPT PARCEL I:
The following described 5.34 acre parcel previously conveyed to Charlie Laverne Baxter and wife, Bonnie Amentha Baxter, to wit: Beginning 790.8 feet South of the NE corner of the NW ¼ of NE ¼ at a railroad spike in the center of a paved County road; thence South 30 degrees 20 minutes West along said centerline for 764.85 feet to the East margin of Alabama Highway No. 17; thence South 35 degrees 17 minutes East along the East boundary for 668.74 feet to the East boundary of SW ¼ of NE ¼; thence North 1206 feet along the quarter/quarter line to the point of beginning. FOR REFERENCE: Deed Book 311 at page 196.

LESS AND EXCEPT PARCEL II:
Commence at the Northeast corner of the NW ¼ of NE ¼; Section 2, Township 6 North, Range 3 West, Washington County, Alabama; run thence South 173.7 feet to the point of beginning; run thence South 54 degrees 43 minutes West 200 feet; run thence South 65 feet; run thence East approximately 148 feet to the quarter/quarter line; run thence North along the East quarter/quarter line approximately 125 feet back to the Point of Beginning; containing 0.32 acres, more or less. Together with a non-exclusive 20 foot easement for ingress, egress and utility placement as follows: Commence at the Northeast corner of NW ¼ of NW ¼, Section 2, Township 6 North, Range 3 West, Washington County, Alabama; run South 298.7 feet to the Southeast corner of the above described parcel and the point of beginning; run thence West for 20 feet; run thence South for approximately 344 feet to the North margin of County public road known as Carpenter Road or Chatom-Koenton Road; run thence Northeasterly along said North road margin for approximately 21 feet to the quarter/quarter line; run thence North along the quarter/quarter line approximately 334 feet to the Point of Beginning. FOR REFERENCE: Deed Book 518 at page 213.

LESS AND EXCEPT PARCEL III:
Commencing at the Northeast corner of the NW ¼ of NE ¼ of Section 2, Township 6 North, Range 3 West, Washington County, Alabama at a found 1 ½ inch iron pipe; thence South 0 degrees 38 minutes 42 seconds East for 150.39 feet to a fence corner; thence South 0 degrees 2 minutes 30 seconds East along a fence line for 556.62 feet to a found ¾ inch iron pipe at a fence corner; thence South 32 degrees 9 minutes 14 seconds West for 30.00 feet to a set ½ inch capped rebar, the West right-of-way line of Carpenter Road, and the Point of Beginning; Thence South 29 degrees 47 minutes 7 seconds West along the right-of-way line for 178.23 feet to a set ½ inch capped rebar; thence North 57 degrees 50 minutes 14 seconds West for 307.74 feet to a set ½ inch capped rebar; thence North 29 degrees 47 minutes 7 seconds East for 105.13 feet to a set ½ inch capped rebar; thence South 71 degrees 19 minutes 0 seconds East for 313.34

feet to the Point of Beginning; containing 1.00 acre, more or less, in Section 2, Township 6 North, Range 3 West, Washington County, Alabama.

FOR REFERENCE: Deed Book 579 at page 210.
The above described property, after said exceptions, contains 10 acres, more or less.

Commonly Known As: 60 Ellis Jordan Road, Chatom, AL 36518
Parcel ID: 16010200000030030

```
REC FEES        10.00
DEED TAX        91.00
SURCHARGE       10.00
SUBTL          119.00
TOTAL          119.00
CHECK          119.00
CHANGE           0.00

11-06-2018 HO    ITEM   3
                 LESA         5636 14:09TH
```

*This Document must be filed in accordance with Code of Alabama 1975, Section 40-22-1*

| | | | |
|---|---|---|---|
| **Grantor's Name** | Aerial Nicole Dungan | **Grantee's Name** | Woodland Charter Holdings, LLC |
| **Mailing Address** | C RWD | **Mailing Address** | |
| | 60 Ellis Jordan Road, | | |
| | Chatom, AL 36518 | | |

| | | | |
|---|---|---|---|
| **Property Address** | 60 Ellis Jordan Road, | Date of Sale | October 20, 2018 |
| | Chatom, AL 36518 | Total Purchase Price $ | 91000 |
| | | or | |
| | | Actual Value $ | |
| | | or | |
| | | Assessor's Market Value $ | |

The purchase price or actual value claimed on this form can be verified in the following documentary evidence: (check one)   (Recordation of documentary evidence is not required)

☐ Bill of Sale          ☐ Appraisal
☐ Sales Contract    ☐ Other _____
☐ Closing Statement

If the conveyance document presented for recordation contains all of the required information referenced above, the filing of this form is not required.

### Instructions

Grantor's name and mailing address - provide the name of the person or persons conveying interest to property and their current mailing address.

Grantee's name and mailing address - provide the name of the person or persons to whom interest to property is being conveyed.

Property address - the physical address of the property being conveyed, if available.

Date of Sale - the date on which interest to the property was conveyed.

Total purchase price - the total amount paid for the purchase of the property, both real and personal, being conveyed by the instrument offered for record.

Actual value - if the property is not being sold, the true value of the property, both real and personal, being conveyed by the instrument offered for record. This may be evidenced by an appraisal conducted by a licensed appraiser or the assessor's current market value.

If no proof is provided and the value must be determined, the current estimate of fair market value, excluding current use valuation, of the property as determined by the local official charged with the responsibility of valuing property for property tax purposes will be used and the taxpayer will be penalized pursuant to Code of Alabama 1975 § 40-22-1 (h).

I attest, to the best of my knowledge and belief that the information contained in this document is true and accurate. I further understand that any false statements claimed on this form may result in the imposition of the penalty indicated in Code of Alabama 1975 § 40-22-1 (h).

Date 10-20-18        Print Aerial Nicole Dungan

___ Unattested        Sign Aerial Nicole Dungan

_____ (verified by)        (Grantor/Grantee/Owner/Agent) circle one

Print Form                                                                                           Form RT-1

DEED 583 521
Recorded In Above Book and Page
01/04/2019 02:14:24 PM
Nick Williams
Probate Judge
Washington County

)
)
)
)
)
)
)
)
)

Return to
Vantage Point Title, Inc
25400 US Hwy 19 N, Ste 135
Clearwater, FL 33763

STATE OF ALABAMA
WASHINGTON COUNTY

~~After Recording Return To:~~
Mail tax statements to:
Woodland Charter Holdings, LLC
775 West 1200 North, Ste 100
Springville, UT 84663

Order #: AL481237

# CORRECTIVE WARRANTY DEED

"This deed is being executed to correct the type of document erroneously recorded as a Quitclaim Deed, dated 10/20/2018, recorded on 11/06/2018, in Deed Book 582 Page 8, in Washington County, Alabama."

Know all men by these presents: That for and in consideration of ($91,000.00) NINETY-ONE THOUSAND and 00/100 DOLLARS and other good and valuable consideration to the undersigned Grantors, in hand paid by the Grantees herein, the receipt whereof is acknowledged, that AERIAL NICOLE DUNGAN, a single woman, whose post office address is 60 Ellis Jordan Road, Chatom, AL 36518, (herein referred to as Grantors), do hereby grant, bargain, sell and convey unto WOODLAND CHARTER HOLDINGS, LLC, whose post office address is 775 West 1200 North, Ste 100 Springville, UT 84663, (herein referred to as Grantees), the following lot or parcel of land, situated Washington County, Alabama, and being more particularly described as follows:

### SEE COMPLETE LEGAL ATTACHED AS EXHIBIT "A"

Parcel ID: 160102000000300300
Commonly known as: 60 Ellis Jordan Road, Chatom, AL 36518

And Grantors do for Grantors and for Grantors' executors, and administrators covenant with the said GRANTEES, Grantees' heirs and assigns, that Grantors are lawfully seized in fee simple of said premises; that Grantors are free from all encumbrances, unless otherwise noted above; that Grantors have a good right to sell, that the executors and administrators shall warrant and defend same to said Grantees, Grantees' heirs and assigns forever, against lawful claims of all persons.

To have and to hold unto the said Grantee forever.

Recording Fee 15.00, TOTAL 15.00

IN WITNESS WHEREOF, Grantors have hereunto set their hands and seals this 15th day of December, 2018.

_Aerial Nicole Dungan_
AERIAL NICOLE DUNGAN

STATE OF Alabama
COUNTY OF Mobile

I, C. Jeannette Bartell Pierce, hereby certify that AERIAL NICOLE DUNGAN, whose names are signed to the foregoing conveyance, and who are known to me, acknowledged before me on this day that, being informed of the contents of the conveyance executed the same voluntarily on the day the same bears date.

Given under my hand this 15th day of December, 2018.

_____
Notary Public
My Commission expires: 05-18-2020

No title search was performed on the subject property by the preparer. The preparer of this deed makes neither representation as to the status of the title nor property use or any zoning regulations concerning described property herein conveyed nor any matter except the validity of the form of this instrument. Information herein was provided to preparer by Grantors/Grantee and /or their agents; no boundary survey was made at the time of this conveyance.

**Prepared By:**
Angelina Whittington, Esquire
3849 Lithia Pinecrest Rd.
Valrico, FL 33546

> C. JEANNETTE BARTELL PIERCE
> My Commission Expires
> May 18, 2020

## EXHIBIT "A"

The following described real property lying and being situated in Washington County, Alabama, to wit:

TOWNSHIP 6 NORTH, RANGE 3 WEST

Section 2:
Beginning at the Northeast corner of the NW ¼ of NE ¼, thence South 173.7 feet to the point of beginning; thence South 54 degrees 43 minutes West 1053.1 feet to the East margin of Alabama Highway No. 17; thence Southeasterly along said road margin for 1488.1 feet to the East margin of SW ¼ of NE ¼; thence North along the quarter line 1823.1 feet to the point of beginning; containing 16.64 acres, more or less.

LESS AND EXCEPT THE FOLLOWING DESCRIBED THREE (3) PARCELS:

LESS AND EXCEPT PARCEL I:
The following described 5.34 acre parcel previously conveyed to Charlie Laverne Baxter and wife, Bonnie Amentha Baxter, to wit: Beginning 790.8 feet South of the NE corner of the NW ¼ of NE ¼ at a railroad spike in the center of a paved County road; thence South 30 degrees 20 minutes West along said centerline for 764.85 feet to the East margin of Alabama Highway No. 17; thence South 35 degrees 17 minutes East along the East boundary for 668.74 feet to the East boundary of SW ¼ of NE ¼; thence North 1206 feet along the quarter/quarter line to the point of beginning. FOR REFERENCE: Deed Book 311 at page 196.

LESS AND EXCEPT PARCEL II:
Commence at the Northeast corner of the NW ¼ of NE ¼; Section 2, Township 6 North, Range 3 West, Washington County, Alabama; run thence South 173.7 feet to the point of beginning; run thence South 54 degrees 43 minutes West 200 feet; run thence South 65 feet; run thence East approximately 148 feet to the quarter/quarter line; run thence North along the East quarter/quarter line approximately 125 feet back to the Point of Beginning; containing 0.32 acres, more or less. Together with a non-exclusive 20 foot easement for ingress, egress and utility placement as follows: Commence at the Northeast corner of NW ¼ of NW ¼, Section 2, Township 6 North, Range 3 West, Washington County, Alabama; run South 298.7 feet to the Southeast corner of the above described parcel and the point of beginning; run thence West for 20 feet; run thence South for approximately 344 feet to the North margin of County public road known as Carpenter Road or Chatom-Koenton Road; run thence Northeasterly along said North road margin for approximately 21 feet to the quarter/quarter line; run thence North along the quarter/quarter line approximately 334 feet to the Point of Beginning. FOR REFERENCE: Deed Book 518 at page 213.

LESS AND EXCEPT PARCEL III:
Commencing at the Northeast corner of the NW ¼ of NE ¼ of Section 2, Township 6 North, Range 3 West, Washington County, Alabama at a found 1 ½ inch iron pipe; thence South 0 degrees 38 minutes 42 seconds East for 150.39 feet to a fence corner; thence South 0 degrees 2 minutes 30 seconds East along a fence line for 556.62 feet to a found ¾ inch iron pipe at a fence corner; thence South 32 degrees 9 minutes 14 seconds West for 30.00 feet to a set ½ inch capped rebar, the West right-of-way line of Carpenter Road, and the Point of Beginning: Thence South 29 degrees 47 minutes 7 seconds West along the right-of-way line for 178.23 feet to a set ½ inch capped rebar; thence North 57 degrees 50 minutes 14 seconds West for 307.74 feet to a set ½ inch capped rebar; thence North 29 degrees 47 minutes 7 seconds East for 105.13 feet to a set ½ inch capped rebar; thence South 71 degrees 19 minutes 0 seconds East for 313.34 feet to the Point of Beginning; containing 1.00 acre, more or less, in Section 2, Township 6 North, Range 3 West, Washington County, Alabama.

FOR REFERENCE: Deed Book 579 at page 210.
The above described property, after said exceptions, contains 10 acres, more or less.

Commonly Known As: 60 Ellis Jordan Road, Chatom, AL 36518
Parcel ID: 16010200000030030

# Real Estate Sales Validation Form

DEED 583 524

*This Document must be filed in accordance with Code of Alabama 1975, Section 40-22-1*

**Grantor's Name** Aerial Nicole Dungan
**Mailing Address**
60 Ellis Jordan Road,
Chatom, AL 36518

**Grantee's Name** Woodland Charter Holdings, LLC
**Mailing Address**

**Property Address** 60 Ellis Jordan Road,
Chatom, AL 36518

Date of Sale _____
Total Purchase Price $ _____
or
Actual Value $ _____
or
Assessor's Market Value $ _____

The purchase price or actual value claimed on this form can be verified in the following documentary evidence: (check one)   (Recordation of documentary evidence is not required)
☐ Bill of Sale
☐ Sales Contract
☐ Closing Statement
☐ Appraisal
☐ Other

If the conveyance document presented for recordation contains all of the required information referenced above, the filing of this form is not required.

## Instructions

Grantor's name and mailing address - provide the name of the person or persons conveying interest to property and their current mailing address.

Grantee's name and mailing address - provide the name of the person or persons to whom interest to property is being conveyed.

Property address - the physical address of the property being conveyed, if available.

Date of Sale - the date on which interest to the property was conveyed.

Total purchase price - the total amount paid for the purchase of the property, both real and personal, being conveyed by the instrument offered for record.

Actual value - if the property is not being sold, the true value of the property, both real and personal, being conveyed by the instrument offered for record. This may be evidenced by an appraisal conducted by a licensed appraiser or the assessor's current market value.

If no proof is provided and the value must be determined, the current estimate of fair market value, excluding current use valuation, of the property as determined by the local official charged with the responsibility of valuing property for property tax purposes will be used and the taxpayer will be penalized pursuant to Code of Alabama 1975 § 40-22-1 (h).

I attest, to the best of my knowledge and belief that the information contained in this document is true and accurate. I further understand that any false statements claimed on this form may result in the imposition of the penalty indicated in Code of Alabama 1975 § 40-22-1 (h).

Date 12-15-2018

____ Unattested

_____ (verified by)

Print Aerial Nicole Dungan

Sign *Aerial Nicole Dungan*

(Grantor/Grantee/Owner/Agent) circle one

[Print Form]

Form RT-1