# INVETIGATIVE SUMMARY

**DATE:** January 29, 2021

**DATE OF VIOLATION:** January 29, 2021

**LOCATION:** 143 Carpenter Road Chatom, Alabama 36518

**TYPE OF CONSTRUCTION:** Building (New Charter School)

**APPROXIMATE PROJECT VALUATION:** $ 4,423,120.00

**OWNER:** American Charter Development, LLC
775 W 1200 N
Suite 100
Springville, Utah 84663
Ph: (801) 489-9539
Contact: Michael Teri Morley, Manager

**CONTRACTOR PRIME:** Morcor Financial, LLC
775 W 1200 N
Suite 100
Springville, Utah 84663
Ph: (801) 404-8444
Contact: McKay Morley, Manager
Contract Amount: $ 4,423,120.00
Violation: **UNLICENSED GENERAL CONTRACTOR/CONSTRUCTION MANAGER**

## FINDINGS:

On **July 28, 2020,** the Alabama General Contractors Board received a formal complaint concerning Morcor Financial, LLC. (exhibit 1 in file) The complainant, Lucinda Construction Company, LLC, a licensed Alabama General Contractor, license number 51680. The complainant alleges when they contracted with Morcor Financial, they originally believed Morcor Financial to be a General Contractor. Subsequently, MorCor Financial terminated the contract with Lucinda Construction for Breach of Contract via email letter. (exhibit 10 in file) After Lucinda Construction received the Letter of Termination, they developed information that Morcor Financial, LLC was neither the Owner of the property or an Alabama General Contractor. The complainant, Lucinda Construction Company then filed the complaint document with the Alabama General Contractors Board.

After receiving the complaint, I attempted to contact several entities associated with the project with limited success. Those individuals I was able to contact were less than helpful, advising the project was in litigation and preferred to not discuss same.

Eventually, I was contacted by Legal Council for Lucinda Construction Company, Clark Hammond. We had several conversations and on **January 4, 2021,** Mr. Hammond was able to furnish me with copies of invoices submitted by Morcor Financial. Those invoices contained entries for Project Coordination, Construction, Permits, Inspections, Travel, total invoices were for $ 1,916,647.00. (exhibits 4,5,6 in file)

Subsequent investigation indicated that Morcor Financial, LLC was formed in the State of Utah, **October 14, 2011,** entity number 8129734-0160, with the registered agent as McKay Morley. (exhibit 7 in file) American Charter Development Holdings, LLC was formed in the State of Utah, **July 12, 2012**, entity number 8379997-0160, with the registered agent as Michael Teri Morley. (exhibit 8 in file) This indicates that both Morcor Financial, LLC and American Charter Development Holdings are two separate entities.

After reviewing the documents furnished and based on same, it appears that Morcor Financial, LLC acted as an Alabama General Contractor/Construction Manager without first obtaining an Alabama General Contractors License. Therefore, Morcor Financial, LLC is in Violation of Title 34, Chapter 8, Code of Alabama, Section 34-8-1 through 34-8-10, specifically, Unlicensed General Contractor and/or Construction Manager.

## *ACTION TAKEN:*

All parties involved were advised of the violation and relevant Rules, Regulations and Licensing Laws as they pertain to Alabama General Contractors, Construction Managers and Owners. A Notice of Violation was prepared and issued to Morcor Financial, LLC via email. (copy in file) Each individual was informed that a violation report would be generated and submitted to the Licensing Board for further review and action.

Respectfully submitted,

Andrew Earl
Chief Investigator

OUR INVESTIGATION WAS CONDUCTED AFTER RECEIVING A FORMAL COMPLAINT FROM LUCIDA CONSTRUCTION. THEIR COMPLAINT ALLEGED THAT MORCOR FINANCIAL WAS AN UNLICENSED GENERAL CONTRACTOR/CONSTRUCTION MANAGER.

BASED ON THE DOCUMENTS FURNISHED BY LUCIDA'S LEGAL COUNCIL, DOCUMENTS REPORTED TO HAVE BEEN OBTAINED THROUGH DESCOVERY, IT APPEARS THAT MORCOR FINANCIAL ACTED AS A GENERAL CONTRACTOR/CONSTRUCTION MANAGER.

THOSE DOCUMENTS AND AFFIDAVITS INDICATED:

- MORCOR REVIEWED AND <u>PAID</u> LUCIDA'S PAYMENT APPLICATIONS, NEGOTIATED AND EXECUTED LUCIDA'S CHANGE ORDERS, AND OTHERWISE INTERACTED WITH LUCIDA TO FACILITATE LUCIDA'S WORK ON THE PROJECT. (MCKAY MORLEY SWORN AFFIDAVIT)
- MORCOR HAS <u>PAID</u> ALL OF LUCIDA'S PAYMENTS IN FULL (MCKAY AFFIDAVIT)
- MORCOR <u>PAID</u> LUCINDA $ 2,984,669.22 (MCKAY AFFIDAVIT)
- MORCOR SUBMITTED INVOICES TO AMERICAN CHARTER DEVELOPMENT (MCKAY AFFIDAVIT)
- MORCOR WAS <u>PAID</u> 8% ($232,000.00) (MCKAY AFFIDAVIT)
- LUCIDA ACCEPTED 2.9 MILLION IN <u>PAYMENT</u> FROM <u>MORCOR</u> (MCKAY AFFIDAVIT)

- 
-

- I WAS THE PROJECT MANAGER FOR MORCOR (JASON GUFFEY AFFIDAVIT)
- I WAS THE PROJECT MANAGER FOR THE WOODLAND PROJECT FOR MORCOR (GUFFEY AFFIDAVIT)
- I AM THE OWNER OF PALMETTO TEAM, LLC WHICH WAS <u>HIRED</u> BY MORCOR AND <u>PAID</u> AS A 1099 CONTRACTOR TO MORCOR. (GUFFEY AFFIDAVIT)

**INVOICES SUBMITTED BY MORCOR INDICATED LINE ITEMS FOR PROJECT COORDINATION, CONSTRUCTION, PERMITS, INSPECTIONS AND TRAVEL, TOTALING $ 1,916,647.00**

**MORCOR AND AMERICAN CHARTER DEVELOPMENT ARE TWO SEPARATE ENTITIES WITH TWO SEPARATE ENTITY NUMBERS AND AGENTS.**

**MORCOR WEBSITE STATES; GOAL IS TO DESIGN AND <u>BUILD</u> HIGH QUALITY PROJECTS WHILE MAINTAINING RELATIONSHIPS WITH THEIR SUB-CONTRACTORS.**

<u>**LETTER OF COMMITMENT:**</u> **STATES IN PART THAT AMERICAN CHARTER DEVELOPMENT (ACD) SHALL IMPLIMENT A DESIGN BUILD <u>UTILIZING</u> <u>MORCOR</u> AS DESIGN BUILDER, WHO WILL BID THE PROJECT COMPETITIVELY TO THE TRADES.**

<u>**CONTRACTS:**</u>

- **ORIGINAL CONTRACT DATED OCTOBER 17, 2018, LISTED WOODLAND CHARTER HOLDINGS, LLC AS THE OWNER, WITH LUCIDA AS THE DESIGN/BUILDER**

- **CONTRACT AMMENDED NOVEMBER 27, 2018 TO NOW INDICATE MORCOR FINANCIAL AS OWNER. WOODLAND HAD BEEN CROSSED OUT AND MORCOR WRITTEN IN**
- **JANUARY 16, 2019 THE CONTRACT WAS CHANGED TO REFLECT AMERICAN CHARTER DEVELOPMENT WAS THE OWNER AND MORCOR WAS A CONSULTANT.**
- **OWNER CHANGED 3 TIMES IN APPROXIMATELY 3 MONTHS**

# EXHIBITS

- 1 Original Complaint Form Submitted
- 2 AIA Contract Between ACD and Morcor
- 3 ACD Letter of Commitment
- 4 Morcor Invoice Number 375
- 5 Morcor Invoice Number 284
- 6 Morcor Assorted Invoices Totaling $1.9
- 7 Morcor Financial,LLC Utah SOS Registration
- 8 ACD Holdings, LLC Utah SOS Registration
- 9 Woodland Charter Holdings, Utah SOS Reg.
- 10 Letter of Termination to Lucinda Construction
- 11 Response to Termination for Cause Letter
- 12 Morcor vs Lucinda Arbitration Letter
- 13 Lucinda Arbitration Letter Response
- 14 Michael Addison (Lucinda) Declaration
- 15 General Contractors Board Affidavit (Loveless)
- 16 Lucinda Construction License Information
- 17 Morcor Articles of Organization SOS Utah
- 18 Morcor Web-Site Information (as contractor)

MORCOR FINANCIAL. LLC OWN DOCUMENTS INDICATE THEY WERE ACTING AS A G.C.

- ACCOUNTS PAYABLE
- INVOICES FROM MORCOR   E6
- PROFIT & LOSS STATEMENT
- BALANCE SHEET
- INVOICE 375 LISTS 15K-PROJECT COORDINATION   E4
  43K-FOR PERMITS
  15K-SPECIAL INSPECTIONS
- INVOICE 284 LISTS  DESIGN/BUILDER FEE $146,547.00  E5

- MORCOR APPEARS TO HAVE NO OWNERSHIP IN AMERICAN CHARTER DEVELOPMENT (ACD)

- MORCOR ARTICLES OF ORGANIZATION STATE OF UTAH  E-17
  OCTOBER 14, 2011 – ACD JULY 31, 2012, WOODLAND CHARTER HOLDINGS,LLC OCTOBER 9, 2018

- MORCOR DOES NOT APPEAR TO BE THE OWNER OF THE PROPERTY WHERE PROJECT IS LOCATED

- MORCOR WEBSITE STATES IN PART THEY ARE A G.C. WITH A  E18
  GOAL TO HELP DESIGN AND BUILD HIGH QUALITY PROJECTS WITH A SUCCESS MAINTAINING RELATIONSHIPS WITH THEIR SUB-CONTRACTOR BASE

- MORCOR BASED ON DOCUMENTS FURNISHED IT APPEARS MORCOR TO BE ACTING AS A G.C. AND/OR CONSTRUCTION

- MANAGER AND DID SO WITHOUT AN ALABAMA G.C. LICENSE. ( 230-X-1-.10, CONSTRUCTION MANAGER)

- LETTER OF TERMINATION SENT TO LUCINDA BY MORCOR'S ATTORNEY, MARK MORLEY, STATES IN PART, "MORCOR TERMINATES THE "CONSTRUCTION CONTRACT" FOR CAUSE. E-10

- AMERICAN CHARTER DEVELOPMENT, LLC LETTER OF COMMITMENT DATED JULY 2018 STATES IN PART THAT THEY ARE CONTRACTED WITH WASHINGTON COUNTY STUDENTS FIRST ( CHARTER SCHOOL) E3

- DOCUMENT STATES PROJECT OWNED BY ACD TO BE LEASED TO CHARTER SCHOOL E-3

- ALSO STATES IN PART THAT ACD WILL UTILIZE MORCOR FINANCIAL, LLC AS THE DESIGN/BUILDER. E3