State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed
and approved on this __14__ day of __Oct__ 20 __11__
In this office of this Division and hereby issued
This Certificate thereof

Examiner_____ Date 10-24-11
Kathy Berg
Kathy Berg
Division Director



**EXHIBIT B**
U.S.T.C
OCT 1 4 2011
Provo

# ARTICLES OF ORGANIZATION
## OF
## MORCOR FINANCIAL, LLC

The undersigned, desiring to form a limited liability company pursuant to the laws of the State of Utah, certify as follows

**1. Name.** The name of the limited liability company is **Morcor Financial, LLC** (Herein the "Company")

**2. Period of Duration.** The Company shall continue until the date ninety-nine (99) years from the filing date hereon, unless terminated prior to that date as provided in the Company's Operating Agreement, or as provided by law, or unless extended by the unanimous consent of all the members

**3. Purpose.** The nature, object and purpose of the business to be transacted, promoted or carried on by the Company, and for which it is organized, is to (1) pursue private investment of fund in stocks, bonds, real estate, and other commodities, and (2) to do everything necessary, proper, advisable, or convenient for the accomplishment of any of the purposes, or the attainment of any of the objects or the furtherance of any of the powers as established by the Operating Agreement, either alone or in association with others, and incidently or pertaining to, or growing out of, its business or powers, provided the same shall not be inconsistent with the laws of the State of Utah

**4. Registered Office and Agent.** The name and address of the initial registered agent and the initial registered office of the Company are

Registered Agent   McKay Morley
Registered Office  775 West 1200 North, Suite 100
                   Springville, UT 84663

**5. Company Management.** The Company shall be managed by a manager(s)   The name and address of the manager(s) is as follows

MCKAY MORLEY                    MIKE MORLEY
775 West 1200 North, Suite 100  775 West 1200 North, Suite 100
Springville, UT 84663           Springville, UT 84663

**6. Designated Office.** The Designated Office shall be the same as the Registered Office

8129734

In WITNESS WHEREOF, the undersigned, being all members of the Company, under the penalties of perjury, declare that they have examined these Articles of Organization, and to the best of their knowledge and belief, they are true and correct

DATED this _____ day of October, 2011

MANAGER _____
McKay Morley

MANAGER _____
Mike Morley

The undersigned does hereby consent to act as the Registered Agent as required by law

REGISTERED AGENT _____
McKay Morley