State of Utah
Department of Commerce
Division of Corporations and Commercial Code
I hereby certified that the foregoing has been filed
and approved on this __14__ day of __Oct__ 20 __11__
In this office of this Division and hereby issued
This Certificate thereof

Examiner_____ Date_10-24-11_

Kathy Berg
Kathy Berg
Division Director

Date ____
Receipt Number _____
Amount Paid _____

U S.T.C

**ARTICLES OF ORGANIZATION**
**OF**
**MORCOR FINANCIAL, LLC**

OCT 1 4 2011

Provo

The undersigned, desiring to form a limited liability company pursuant to the laws of the State of Utah, certify as follows

      **1. Name.** The name of the limited liability company is **Morcor Financial, LLC** (Herein the "Company")

      **2. Period of Duration.** The Company shall continue until the date ninety-nine (99) years from the filing date hereon, unless terminated prior to that date as provided in the Company's Operating Agreement, or as provided by law, or unless extended by the unanimous consent of all the members

      **3. Purpose.** The nature, object and purpose of the business to be transacted, promoted or carried on by the Company, and for which it is organized, is to (1) pursue private investment of fund in stocks, bonds, real estate, and other commodities, and (2) to do everything necessary, proper, advisable, or convenient for the accomplishment of any of the purposes, or the attainment of any of the objects or the furtherance of any of the powers as established by the Operating Agreement, either alone or in association with others, and incidently or pertaining to, or growing out of, its business or powers, provided the same shall not be inconsistent with the laws of the State of Utah

      **4. Registered Office and Agent.** The name and address of the initial registered agent and the initial registered office of the Company are

      Registered Agent     McKay Morley
      Registered Office     775 West 1200 North, Suite 100
                           Springville, UT 84663

      **5. Company Management.** The Company shall be managed by a manager(s)  The name and address of the manager(s) is as follows

MCKAY MORLEY                MIKE MORLEY
775 West 1200 North, Suite 100     775 West 1200 North, Suite 100
Springville, UT 84663            Springville, UT 84663

      **6. Designated Office.** The Designated Office shall be the same as the Registered Office

8129734

In WITNESS WHEREOF. the undersigned. being all members of the Company. under the penalties of perjury. declare that they have examined these Articles of Organization. and to the best of their knowledge and belief. they are true and correct

DATED this _____ day of October, 2011

MANAGER

McKay Morley

MANAGER

Mike Morley

The undersigned does hereby consent to act as the Registered Agent as required by law

REGISTERED AGENT

McKay Morley