SOSID: 1619164
Date Filed: 8/23/2017 9:13:00 AM
Elaine F. Marshall
North Carolina Secretary of State
C2017 233 00936

*State of North Carolina*
*Department of the Secretary of State*

## APPLICATION FOR CERTIFICATE OF AUTHORITY
## FOR LIMITED LIABILITY COMPANY

Pursuant to §57D-7-03 of the General Statutes of North Carolina, the undersigned limited liability company hereby applies for a Certificate of Authority to transact business in the State of North Carolina, and for that purpose submits the following:

1. The name of the limited liability company is MORCOR FINANCIAL, LLC_____.

   and if the limited liability company name is unavailable for use in the State of North Carolina, the name the limited

   liability company wishes to use is _____.

2. The state or country under whose laws the limited liability company was formed is Utah.

3. Principal office information: *(Select either a or b.)*

   a. ☒ The limited liability company has a principal office.

      The principal office telephone number: (801) 489-9535_____.

      The street address and county of the principal office of the limited liability company is:

      Number and Street: 775 West 1200 North, Suite 100_____.

      City: Springville_____ State: UT____ Zip Code: 84663_____ County: Utah_____.

      The mailing address, *if different from the street address*, of the principal office of the corporation is:

      Number and Street: _____

      City: _____ State: ____ Zip Code: _____ County: _____

   b. ☐ The limited liability company does not have a principal office.

4. The name of the registered agent in the State of North Carolina is: CT Corporation System_____.

5. The street address and county of the registered agent's office in the State of North Carolina is:

   Number and Street: 160 Mine Lake Ct., Suite 200_____.

   City: Raleigh_____ State: NC____ Zip Code: 27615_____ County: Wake_____.

6. The North Carolina mailing address, *if different from the street address*, of the registered agent's office in the State of North Carolina is:

   Number and Street: 160 Mine Lake Ct., Suite 200_____.

   City: Raleigh_____ State: NC____ Zip Code: 27615 County: Wake_____.

7. The names, titles, and usual business addresses of the current company officials of the limited liability company are: *(use attachment if necessary)*

| Name and Title | Business Address |
| --- | --- |
| American Charter Development, LLC, Manager | 775 West 1200 North, Suite 100, Springville, UT 84663 |

8. Attached is a certificate of existence (or document of similar import), duly authenticated by the secretary of state or other official having custody of limited liability company records in the state or country of formation. **The Certificate of Existence must be less than six months old. A photocopy of the certification cannot be accepted.**

9. If the limited liability company is required to use a fictitious name in order to transact business in this State, a copy of the resolution of its managers adopting the fictitious name is attached.

10. (Optional): Please provide a business e-mail address: _____
    The Secretary of State's Office will e-mail the business automatically at the address provided above at no cost when a document is filed. The e-mail provided **will not** be viewable on the website. For more information on why this service is offered, please see the instructions for this document.

11. This application will be effective upon filing, unless a delayed date and/or time is specified: _____

This the 21th day of August, 2017.

MORCOR FINANCIAL, LLC

AMERICAN CHARTER DEVELOPMENT, LLC,
its Manager

By ____McKay Morley____
*Signature of Company Official*

McKay Morley, Manager
*Type or Print Name and Title*

Notes:
1. **Filing fee is $250.** This document must be filed with the Secretary of State.



**Utah Department of Commerce**

Division of Corporations & Commercial Code
160 East 300 South, 2nd Floor, PO Box 146705
Salt Lake City, UT 84114-6705
Service Center: (801) 530-4849
Toll Free: (877) 526-3994 Utah Residents
Fax: (801) 530-6438
Web Site: http://www.commerce.utah.gov

08/15/2017
8129734-016008152017-391050

# CERTIFICATE OF EXISTENCE

**Registration Number:** 8129734-0160
**Business Name:** MORCOR FINANCIAL, LLC
**Registered Date:** October 14, 2011
**Entity Type:** LLC - Domestic
**Current Status:** Good Standing

The Division of Corporations and Commercial Code of the State of Utah, custodian of the records of business registrations, certifies that the business entity on this certificate is authorized to transact business and was duly registered under the laws of the State of Utah. The Division also certifies that this entity has paid all fees and penalties owed to this state; its most recent annual report has been filed by the Division (unless Delinquent); and, that Articles of Dissolution have not been filed.



Kathy Berg
Director
Division of Corporations and Commercial Code