

| | |
|---|---|
| **American Charter Development, LLC** ||
| Entity ID Number | 000 - 507 - 947 |
| Entity Type | Foreign Limited Liability Company |
| Principal Address | 775 WEST 1200 NORTH STE 100 SPRINGVILLE, UT 84663 |
| Principal Mailing Address | 775 WEST 1200 NORTH STE 100 SPRINGVILLE, UT 84663 |
| Status | Exists |
| Place of Formation | Arizona |
| Formation Date | 07/16/2010 |
| Qualify Date | 01/31/2018 |
| Registered Agent Name | COGENCY GLOBAL INC |
| Registered Office Street Address | 2 NORTH JACKSON STREET STE 605 MONTGOMERY, AL 36104 |
| Registered Office Mailing Address | 2 NORTH JACKSON STREET STE 605 MONTGOMERY, AL 36104 |
| Nature of Business | |
| Doing Business in AL Since | 02/01/2018 |
| **Annual Reports** ||
| Annual Report information is filed and maintained by the Alabama Department of Revenue. If you have questions about any of these filings, please contact Revenue's Business Privilege Tax Division at 334-242-1170 or www.revenue.alabama.gov. The Secretary of State's Office cannot answer questions about or make changes to these reports. ||
| Report Year | 2019   2020   2021 |
| **Scanned Documents** ||
| Purchase Document Copies ||
| Document Date / Type / Pages | 01/31/2018   Certificate of Formation   3 pgs. |

Browse Results   New Search