

| MORCOR FINANCIAL, LLC | |
|---|---|
| Entity ID Number | 000 - 705 - 765 |
| Entity Type | Foreign Limited Liability Company |
| Principal Address | 775 WEST 1200 NORTH STE 100 SPRINGVILLE, UT 84663 |
| Principal Mailing Address | 775 WEST 1200 NORTH STE 100 SPRINGVILLE, UT 84663 |
| Status | Exists |
| Place of Formation | Utah |
| Formation Date | 10/14/2011 |
| Qualify Date | 10/02/2020 |
| Registered Agent Name | COGENCY GLOBAL INC |
| Registered Office Street Address | 2 NORTH JACKSON STREET STE 605 MONTGOMERY, AL 36104 |
| Registered Office Mailing Address | 2 NORTH JACKSON STREET STE 605 MONTGOMERY, AL 36104 |
| Nature of Business | |
| Doing Business in AL Since | 12/15/2018 |
| **Scanned Documents** | |
| Purchase Document Copies | |
| Document Date / Type / Pages | 10/02/2020   Certificate of Formation   3 pgs. |
| | |

Browse Results    New Search