| CHIP GRIZZLE | MARC DEMPSEY | MIKE TEW | KEITH ANDREWS | AL STANLEY |
|---|---|---|---|---|
| *Chairman* | *Vice Chairman* | *Secretary-Treasurer* | *Member* | *Member* |
| BIRMINGHAM | FLORENCE | MOBILE | TUSCALOOSA | HUNTSVILLE |



# ALABAMA LICENSING BOARD FOR GENERAL CONTRACTORS

(www.genconbd.alabama.gov)

| TIFFANY LOVELESS | 2525 FAIRLANE DRIVE | TELEPHONE NO. 334-272-5030 |
|---|---|---|
| EXECUTIVE DIRECTOR | MONTGOMERY, ALABAMA 36116 | FAX NO. 334-395-5336 |

February 18, 2021

**Via Certified Mail**

Michael Teri Morley
American Charter Development, LLC
775 W 1200 N, Suite 100
Springville, UT 84663

Dear Mr. Morley:

This letter is to advise you of administrative action taken by the State of Alabama Licensing Board for General Contractors at its meeting held on February 17, 2021 in Montgomery, Alabama.

The Board was established to protect the safety and welfare of the citizens of Alabama from, among other things, contractors performing work without the proper license. During its February 17, 2021 meeting, the Board was informed of a project involving American Charter Development, LLC and Morcor Financial, LLC in Chatom, Alabama.

The Board voted to table the alleged violation until the April 21, 2021 meeting to allow more time for review. Please know that the General Contractors Licensing Board's office is always available to answer any questions you may have in the future.

Sincerely,

Tiffany Loveless
Executive Director
Alabama Licensing Board for
General Contractors