# Loveless, Tiffany

| | |
|---|---|
| **From:** | Loveless, Tiffany |
| **Sent:** | Wednesday, March 03, 2021 9:39 AM |
| **To:** | Fleming, Robert |
| **Cc:** | Davis, Trina |
| **Subject:** | RE: 01/29/2021 Notice of Violation issued to Morcor Financial, LLC |

Mr. Fleming,
The letter was sent to parties involved in the project so that all parties were aware of the status of this process.

*Tiffany Loveless*

Alabama Licensing Board for General Contractors
2525 Fairlane Dr.
Montgomery, AL 36116
www.genconbd.alabama.gov
334-272-5030

---

**From:** Fleming, Robert <ROFleming@smithcurrie.com>
**Sent:** Tuesday, March 02, 2021 8:40 AM
**To:** Loveless, Tiffany <Tiffany.Loveless@genconbd.alabama.gov>
**Subject:** 01/29/2021 Notice of Violation issued to Morcor Financial, LLC

Good morning, Ms. Loveless:

I attach a copy of your February 18, 2021 letter to American Charter Development, LLC.

You sent an identical letter to Morcor Financial, LLC. We understand why you would send your letter to Morcor Financial because that letter is related to the January 29, 2021 Notice of Violation issued to Morcor Financial, and that the Board tabled that alleged violation until its April 21. 2021 meeting. But we do not understand why the letter was also sent to American Charter Development. Will you please explain?

Thank you for your assistance.

Regards,
Robert Fleming
404-375-1349 cell

**Robert O. Fleming, Jr.**
**Smith, Currie & Hancock LLP**
**2700 Marquis One Tower**
**245 Peachtree Center Avenue NE**
**Atlanta, Georgia 30303-1227**
**(404) 521-3800**

**Attorneys for Morcor Financial, LLC**

1