IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| MORCOR FINANCIAL LLC, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Civil Action No. 21-00370-KD-B |
|  | ) |  |
| LUCIDA CONSTRUCTION CO., LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **ORDER**

This action is before the Court on the Motion to Vacate Arbitration Award and "this Court's corresponding entry of judgment" filed by Defendant Lucida Construction Co., LLC. (doc. 17). Upon consideration, **Plaintiff** Morcor Financial LLC shall, on or before **May 16, 2022**, file any **response** to the Motion.

**DONE** and **ORDERED** this 2nd day of May 2022.

/s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE