# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
### (Southern Division)

| | |
|---|---|
| **MORCOR FINANCIAL, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 1:21-cv-00370-KD-B |
| **LUCIDA CONSTRUCTION CO., LLC,** | ) |
| **Defendant.** | ) |

### LUCIDA CONSTRUCTION COMPANY LLC'S MOTION FOR PERMISSION TO FILE REPLY TO THE RESPONSE OF MORCOR FINANCIAL, LLC

Comes Now the Defendant Lucida Construction Company, LLC ('Lucida") and moves for permission to submit the Reply to Plaintiff Morcor Financial, LLC's ("Morcor") Response Brief (*See* Doc. 19), attached hereto as Exhibit A. As grounds, Lucida states the following:

1. Lucida filed its Motion to Vacate the Arbitration Award. (Doc. 17)

2. Morcor filed a Response containing 24 pages of factual and legal argument in opposition to the Motion and an additional 17 pages of exhibits. (Doc. 19)

3. Included in such Response are several purported factual statements, with which Lucida takes issue. Additionally, there are also instances where Lucida

believes Morcor has mischaracterized or misstated the position being taken by Lucida in the Motion.

4. Lucida has not previously had the opportunity to address these new statements, contentions and what it believes are incorrect or incomplete statements.

5. Allowing such a reply will not prejudice Morcor since it seeks to only respond to positions taken and statements made in the Response.

6. Morcor consents to the filing of this Reply so long as Lucida complies with Civil L. R. 7(d) and(e) regarding the 7 day period within which to file a rely and the 15 page limit. By the filing of this Motion, Lucida has complied with both conditions.

7. Morcor further indicated that the Reply should not raise new arguments. Lucida has been careful to comply with this condition, but if the Court or Morcor feels new arguments have been raised then Lucida would not object to the filing of a surreply by Morcor to address any such argument.

WHEREFORE, Lucida request that the Court allow the attached reply brief.

                Respectfully submitted,

                */s/ Clark R. Hammond*
                Clark R. Hammond
                chammond@wallacejordan.com
                Counsel for Defendant

OF COUNSEL
WALLACE, JORDAN, RATLIFF & BRANDT, LLC
Synovus Center
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Telephone: 205.870.0555

## CERTIFICATE OF SERVICE

I do hereby certify that I have on May 12, 2022 by way of the Court's electronic noticing system, which delivers notice to the following:

John M. Mastin, Jr.
Smith, Currie & Hancock LLP
245 Peachtree Center Avenue, NE
Suite 2700, Marquis One Tower
Atlanta, Georgia 30303-1227
(404) 275-6149
jmmastin@smithcurrie.com

Clifford C. Brady
Brady Radcliff & Brown LLP
63 South Royal Street
Mobile, Alabama 36602
(251) 405-0077
cbrady@brblawyers.com

*/s/ Clark R. Hammond*
OF COUNSEL