IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MORCOR FINANCIAL LLC,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 21-00370-KD-B |
| **LUCIDA CONSTRUCTION CO., LLC,** | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the suggestion of bankruptcy filed by Defendant Lucida Construction Company, LLC (doc. 32). Defendant Lucida advises the Court that it filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Middle District of Alabama, Case No. 23-31430.

Pursuant to 11 U.S.C. § 362(a) filing a bankruptcy petition under Chapter 11 operates as an automatic stay of an action against the party seeking bankruptcy protection. Accordingly, this action is STAYED pending further order of the Court.

**DONE** and **ORDERED** this 3rd day of August 2023.

      /s / Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**